UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

RAWSON EDWARD WATSON,

                Defendant.

No. 12-cr-120 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      IT IS HEREBY ORDERED THAT David B. Anders is appointed as CJA counsel pursuant to 18 U.S.C. § 3006A to represent Defendant Rawson Edward Watson in this matter.  Mr. Anders shall promptly file a notice of appearance in Case No. 12-cr-120-1 (RJS).  IT IS FURTHER ORDERED THAT Mr. Anders shall confer with Mr. Watson and submit a letter by April 11, 2024 confirming that he has conferred with Mr. Watson and that Mr. Watson wishes to proceed with Mr. Anders as counsel.  Mr. Anders shall also indicate whether he intends to supplement Mr. Watson's *pro se* motions to reduce his sentence under Amendment 821 to the Sentencing Guidelines.  (*See* Doc. Nos. 366, 368.)

SO ORDERED.

Dated:    March 28, 2024
             New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation