UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>RAWSON EDWARD WATSON,<br><br>                    Defendant. | No. 12-cr-120 (RJS)<br><u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

IT IS HEREBY ORDERED THAT David B. Anders is relieved as CJA counsel to Defendant Rawson Edward Watson in this matter.  (*See* Doc. No. 369.)  IT IS FURTHER ORDERED THAT Patricia A. Pileggi is appointed as CJA counsel to represent Mr. Watson pursuant to 18 U.S.C. § 3006A.  Ms. Pileggi shall promptly file a notice of appearance and confer with Mr. Watson as to whether he wishes to proceed with Ms. Pileggi as his counsel.  Ms. Pileggi shall also submit a letter by April 12, 2024 indicating whether Mr. Watson wishes to retain her as his counsel and whether Ms. Pileggi intends to supplement Mr. Watson's *pro se* motions to reduce his sentence under Amendment 821 to the Sentencing Guidelines.  (*See* Doc. Nos. 366, 368.)

SO ORDERED.

Dated:        March 29, 2024
              New York, New York

                                                        _____
                                                        RICHARD J. SULLIVAN
                                                        UNITED STATES CIRCUIT JUDGE
                                                        Sitting by Designation