UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

RAWSON EDWARD WATSON,

Defendant.

No. 12-cr-120 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a letter from Defendant's counsel indicating that she intends to supplement Defendant's *pro se* motions to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Sentencing Guidelines.  IT IS HEREBY ORDERED that Defendant shall file his supplemental motion by May 22, 2024.  IT IS FURTHER ORDERED THAT the government shall file any opposition to the motion by June 5, 2024, and that Defendant shall file any reply no later than June 12, 2024.

SO ORDERED.

Dated:   May 6, 2024
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation